IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

DONALD ROBINSON
ADC #92239                                                                        PLAINTIFF

v.                           No. 2:23-cv-138-DPM-PSH

DOE; TYRONE D. ALLISON, Major,
EARU Max, ADC; LEAVY WATSON, III,
Lt., EARU Max, ADC; M. KELLY, Lt., EARU
Max, ADC; KING, Lt. EARU Max, ADC                          DEFENDANTS

ORDER

The Court adopts Magistrate Judge Harris's unopposed partial recommendation, *Doc. 9*. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Robinson's official capacity claims against Allison, Watson, Kelly, and King are dismissed without prejudice. His claims against Allison for failure to protect and failure to follow prison policy are also dismissed without prejudice. All other claims go forward.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 October 2023