IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

DONALD ROBINSON
ADC #92239                                                                     PLAINTIFF

v.                          No. 2:23-cv-138-DPM

TYRONE D. ALLISON, Major,
EARU Max, ADC; LEAVY WATSON, III,
Lt., EARU Max, ADC; M. KELLY, Lt., EARU
Max, ADC; and KING, Lt. EARU Max, ADC                      DEFENDANTS

ORDER

The Court adopts Magistrate Judge Harris's unopposed recommendation, *Doc. 26*. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Defendants' motion for summary judgment, *Doc. 20*, is granted. Robinson's individual capacity claims against Allison, Watson, Kelly, and King will be dismissed without prejudice for failure to exhaust.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 March 2024