# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

DONALD ROBINSON
ADC #92239                                                                                      PLAINTIFF

v.                           No. 2:23-cv-138-DPM

DOE; TYRONE D. ALLISON, Major,
EARU Max, ADC; LEAVY WATSON, III,
Lt., EARU Max, ADC; M. KELLY, Lt., EARU
Max, ADC; and KING, Lt. EARU Max, ADC              DEFENDANTS

## JUDGMENT

Robinson's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

6 March 2024